UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                               CRIMINAL NO. 06-20604

v.                                             HONORABLE AVERN COHN

D-05, MAREO NEWELL,

      Defendant.
_____/

## ORDER GRANTING MOTION FOR REVOCATION
## OF DETENTION ORDER

On May 08, 2007 the Court held a hearing on the above referenced motion in this matter. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

**IT IS FURTHER ORDERED** that the defendant be released from the custody of the United States Marshal forthwith.

**SO ORDERED**.


Dated: May 07, 2007                    s/ Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE