UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

CRIMINAL NO. 06-20604
HONORABLE AVERN COHN

D-5, MAREO NEWELL,

              Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO GRANT
TRANSFER TO HOME DETENTION**

The defendant has filed a motion styled "Motion to Grant Transfer to Home Detention". The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is DENIED.

              s/Avern Cohn
            AVERN COHN
            UNITED STATES DISTRICT JUDGE

Dated: March 19, 2009

I hereby certify that a copy of the foregoing document was mailed Mareo Newell, 41310-039, FCI Elkton, Federal Correctional Institution, P.O. Box 10, Lisbon, OH 44432 and to the attorneys of record on this date, March 19, 2009, by electronic and/or ordinary mail.

            s/Julie Owens
            Case Manager, (313) 234-5160