UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRIMINAL NO. 06-20604

HONORABLE AVERN COHN

D-5, MAREO NEWELL,

    Defendant.
_____/

## AMENDED ORDER DENYING DEFENDANT'S MOTION TO GRANT TRANSFER TO HOME DETENTION

The defendant has filed a motion styled "Motion to Grant Transfer to Home Detention". The Court has no authority to require the Bureau of Prisons to transfer a person in custody to Home Detention. Transfer is in the discretion of the Bureau.

IT IS HEREBY ORDERED that the motion is DENIED.

SO ORDERED.

Dated: April 21, 2009
           s/Avern Cohn
           AVERN COHN
           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Mareo Newell, 41310-039, FCI Elkton, Federal Correctional Institution, P.O. Box 10, Lisbon, OH 44432 and to the attorneys of record on this date, April 21, 2009, by electronic and/or ordinary mail.

           s/Julie Owens
           Case Manager, (313) 234-5160